Frank D. Lyon, as Administrator, etc., Appellant, v. William Fitzgerald and Others, Respondents. — Judgment affirmed, with costs. All concurred.

Thomas Breen Company, Appellant, v. Monarch Ventilator Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. Held, 1. That the court at Special Term had power to allow the amendment and no abuse of discretion has been shown. 2. That this order does not prejudice the plaintiff's right to move for a discontinuance of the action upon proper terms, if so advised. All concurred.

Dennis J. Reidy, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Bartholomay Brewery Company, Respondent, v. Dennis O'Brien and Thomas E. Carroll, Defendants. Hugh J. O'Brien, Appellant.— Motion to be relieved from stipulation granted, upon condition that the respondent stipulate that the appellant may discontinue, without costs to either party, his action for malicious prosecution. Order denying motion to dismiss appeal and order of modification and affirmance vacated, and appeal and motion to dismiss appeal restored to the calendar.

George A. Lewis, Appellant, v. Auburn Publishing Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Joseph B. Rumsey, Respondent, v. Queens County Trust Company and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Elizabeth Cotter, as Administratrix, etc., Respondent, v. Phœnix Underwear Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John Pickert, Jr., an Infant, etc., Respondent, v. Batavia Rubber Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

James B. Wise, Respondent, v. Law Reporting Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Kathryn Eisleben, Respondent, v. Henry C. Gerber, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, etc., Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,468, Issued to John W. Sage and Transferred to Thomas A. Jones and John F. Maloney, etc., Appellants. — Motion to vacate order of affirmance denied, without costs. Merrell, J., not sitting.

William S. Gottshall, Appellant, v. Pennsylvania Railroad Company, Respondent. — Motion to dismiss appeal granted, unless appellant serve brief by October 15, 1915, and be ready for argument at any time during the present term within three days after receiving respondent's brief.